No. 1518. PEOPLE, APPELLEE, *v.* LARA, APPELLANT.—Violation of Internal Revenue Law. San Juan. May 21, 1920. *Affirmed.*

No. 2224. RODRÍGUEZ, APPELLEE, *v.* VÁZQUEZ, APPELLANT.—Debt. Mayagüez. May 25, 1920. *Dismissed.*

No. 1450. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT.—Assault and battery. San Juan. June 1, 1920. *Reversed.*

No. 1511. PEOPLE, APPELLEE, *v.* VÁZQUEZ, APPELLANT.—Larceny. Ponce. June 1, 1920. *Affirmed.*

No. 1520. PEOPLE, APPELLEE, *v.* VÁZQUEZ, APPELLANT.—Embezzlement. Aguadilla. June 1, 1920. *Affirmed.*

No. 2253. AQUINO, APPELLANT, *v.* CRUZ, APPELLEE.—Divorce. San Juan. June 2, 1920. *Withdrawn.*

No. 294. GARAU & CO., PETITIONERS, *v.* LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Guayama. June 3, 1920. *Denied.*

No. 296. MERCADO, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT. — Certiorari. Ponce. June 4, 1920. *Denied.*

No. 297. ZAVALETA, PETITIONER, *v.* LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Guayama. June 8, 1920. *Denied.*